## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 24-cr-00402** |
| | **:** | |
| **BRANDON BARNHILL,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### DEFENDANT'S MOTION TO APPEAR REMOTELY

**NOW INTO COURT**, comes the defendant, Brandon Barnhill, through his attorney, and requests permission from the Court to appear remotely for his plea hearing on December 5, 2024, because counsel for the defendant and the defendant are currently located in New Orleans, Louisiana and is therefore unable to appear in person on the specified hearing date due the defendant's inability to incur the costs for both he and his counsel to travel to Washington, D.C. for the hearing.

**WHEREFORE**, it is prayed that the undersigned be granted permission to appear remotely.

Respectfully submitted this 27th day of November, 2024.

Respectfully submitted:

__/s/ Frank G. DeSalvo____
FRANK G. DESALVO, #4898
SHANNON R. BOURGEOIS, #30033
FRANK G. DESALVO, APLC
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 524-4191
Attorney for Defendant

### CERTIFICATE OF SERVICE
I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.
_/s/ Frank G. DeSalvo__
FRANK G. DESALVO, #4898